UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERNANDEZ,<br><br>  Petitioner,<br><br>  v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>  Respondent. | No.  2:14-cv-1857-MCE-EFB P<br><br><br><u>ORDER</u> |

Petitioner is a state prisoner proceeding through counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this action on January 30, 2017 and the court declined to issue a certificate of appealability.  ECF Nos. 21, 22.  On February 18, 2017, petitioner filed a notice of appeal and a request to proceed in forma pauperis on appeal. ECF Nos. 23, 24.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion, filed by counsel, indicates that an in forma pauperis affidavit, signed by petitioner, is forthcoming. Had it been included, however, the motion would still fail to satisfy all three of the requirements set forth in Rule 24(a), and is therefore denied.

Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in forma pauperis on appeal (ECF No. 23) is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and petitioner is hereby informed that he may file a motion to proceed in forma pauperis in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: February 23, 2017.

              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE